UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



WMFC 1997-4 PROPERTIES, INC.
    Plaintiff,

        v.                        Civil No. 97-2451(PG)

HECTOR NICOLAS GONZALEZ-SANTIAGO,
ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #11 - Motion Reiterating Previous Motion Submitting Assignment. | *Granted* |

Date: _____August 30__, 2000.

                                      JUAN M. PEREZ-GIMENEZ
                                      U.S. District Judge

