UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WMFC 1997-4 PROPERTIES, INC.
    Plaintiff,

        v.                              Civil No. 97-2451(PG)

HECTOR NICOLAS GONZALEZ-SANTIAGO,
ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #15 - MOTION FOR CONFIRMATION OF SALE | approved |

Date: January 31, 2001.

                            *Juan M. Perez-Gimenez*
                            JUAN M. PEREZ-GIMENEZ
                            U.S. District Judge

