8194-7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

OCWEN FEDERAL BANK FSB

    Plaintiff,

v.

HECTOR NICOLAS GONZALEZ
SANTIAGO, his wife VANESSA
NAZARIO RODRIGUEZ and THE
CONJUGAL PARTNERSHIP
CONSTITUTED BETWEEN THEM,

    Defendants.

CIVIL NO. 97-2451 (PG)

COLLECTION OF MONEY
FORECLOSURE OF MORTGAGE

## ORDER

Upon plaintiff's motion for withdrawal of funds, it is hereby granted and the Clerk of the Court is hereby ordered to issue a check to the order of Ocwen Federal Bank FSB in the amount of $64,601.00 from the monies deposited by National Investor Corp. at the public sale held on December 19, 2000.

SO ORDERED.

In San Juan, Puerto Rico, this 18th day of July of 2001.

_____
U.S. DISTRICT JUDGE